IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LEROY SPENCER,

    Plaintiff,

v.

          3:18-CV-086
          (JUDGE MARIANI)

LIFE INSURANCE COMPANY OF
NORTH AMERICA

    Defendant.

## ORDER

**AND NOW, THIS 12TH DAY OF JULY, 2018**, Magistrate Judge Saporito having settled the above-captioned action, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Robert D. Mariani
United States District Judge